FILED
5/22/19 9:29 am
CLERK
U.S. BANKRUPTC
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | STEFANIE A. ROSENQUEST | : | CASE NO. 19-10272 |
| | Debtors | : | CHAPTER 13 |
| | ------------------------------ | : | |
| | STEFANIE A. ROSENQUEST, | : | |
| | Movant | : | ■  WO-1 |
| | vs. | : | ☐  WO-2 |
| | | : | |
| | WALMART, | : | Rel to Doc No. 24 |
| | Respondent | : | |

ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above named Debtors, having filed a Chapter 13 Petition, and having moved to attach wages to fund the Chapter 13 Plan:
IT IS THEREFORE, ORDERED AND DECREED, that until further Order of this Court, the entity from which the Debtor receives income:

> Walmart
> Payroll Department
> 1102 Million Dollar Highway
> St. Marys, PA 15857

shall deduct from that income the sum of $ 364.62 , beginning on the next pay day following receipt of this Order and shall deduct a similar amount each pay period thereafter, including any periods for which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefit payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS, to:

> Ronda J. Winnecour, Esquire
> Chapter 13 Trustee, W. D. Of PA
> PO Box 84051
> Chicago, IL 60689-4002

IT IS FURTHER ORDERED, that the above named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED, that Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, (Local Form No. 12, that includes the Debtors' full social security number, on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension or union dues, shall be paid to the Debtor in accordance with ususal payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that his Order supercedes previous Orders made to the above named entity in this case.

IT IS FURTHER ORDERED, that the above named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and Order of this Court.

Dated this __22nd__ day of _____May_____, 2019

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

cc:    Michael W. Harmon, Attorney for Debtor
       305 West Sixth Street
       Erie, PA 16507

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-10272-TPA
Stefanie A. Rosenquest                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: dkam              Page 1 of 1              Date Rcvd: May 22, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db             +Stefanie A. Rosenquest,    524 Penn Street,    Johnsonburg, PA 15845-1246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Michael William Harmon    on behalf of Debtor Stefanie A. Rosenquest mharmon@shapiralaw.com,
               ann@shapiralaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5