FILED
1/16/20 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stefanie A. Rosenquest<br>           Debtor(s) | |
| Global Lending Services, LLC<br>           Movant<br>    v.<br>Stefanie A. Rosenquest<br>           Respondent<br>    and<br>David J. Rosenquest<br>Ronda J. Winnecour, Trustee<br>           Additional Respondents | BK. NO. 19-10272 TPA<br><br>CHAPTER 13<br><br>Related to Docket #____35_____ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 16th day of January 2020, upon Motion of Global Lending Services, LLC, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns, to take possession and sell, lease, and otherwise dispose of the 2012 Buick La Crosse, VIN: 1G4GD5E37CF115467, in a commercially reasonable manner.

_____
United States Bankruptcy Judge **jm**

cc: See attached service list:

Stefanie A. Rosenquest
524 Penn Street
Johnsonburg, PA 15845

David J. Rosenquest
524 Penn Street
Johnsonburg, PA 15845

Michael William Harmon
Shapira, Hutzelman, Berlin, Ely, Smith
305 West Sixth Street
Erie, PA 16507
mharmon@shapiralaw.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-10272-TPA
Stefanie A. Rosenquest                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam          Page 1 of 1          Date Rcvd: Jan 16, 2020
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
db              +Stefanie A. Rosenquest,    524 Penn Street,    Johnsonburg, PA 15845-1246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com
      Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
      Michael William Harmon    on behalf of Debtor Stefanie A. Rosenquest mharmon@shapiralaw.com, ann@shapiralaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                              TOTAL: 5