IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10272 TPA |
|     STEFANIE A. ROSENQUEST, | : | |
|             Debtor | : | |
| ---------------------------------------------- | : | DATED: JANUARY 21, 2020 |
|     STEFANIE A. ROSENQUEST, | : | |
|             Movant | : | |
|       vs. | : | |
| | : | |
| ALLY BANK, APEX ASSET, COMMERCIAL | : | |
| ACCEPTANCE, COMMONWEALTH | : | |
| FINANCIAL, CONTRACT CALLERS INC., | : | |
| DAVID ROSENQUEST, DIVERSIFIED | : | |
| CONSULTANTS, EC & EE EMPLOYEES FCU | : | |
| now ERIE FEDERAL CREDIT UNION, ERIE | : | |
| CITY TREASURER, ERIE COUNTY TAX | : | |
| CLAIM BUREAU, GLOBAL LENDING SVS., | : | |
| IC SYSTEMS INC., NATIONAL RECOVERY | : | |
| AGENCY, PHOENIX FINANCIAL, PORTFOLIO | : | |
| RECOVERY ASSOCIATES, SYNCHRONY | : | |
| BANK, VERIZON, and RONDA J. WINNECOUR | : | |
| CHAPTER 13 TRUSTEE, | : | |
|             Respondents | : | |

CERTIFICATE OF SERVICE OF
ORDER SETTING HEARING, NOTICE OF PROPOSED MODIFICATION TO APPROVED PLAN AND AMENDED CHAPTER 13 PLAN

      I, Michael W. Harmon, Esquire, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on January 22, 2020,

      The method of service made on the parties:

ELECTRONIC NOTIFICATION:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 16222
ustpregion03.pi.ecf@usdoj.gov

and by regular mail, postage pre-paid to all parties on the attached sheet.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: January 22, 2020

          \s\ Michael W. Harmon, Esquire
            Attorney for the Debtor
            305 West Sixth Street
            Erie, PA 16507
            (814) 452-6800
            PA ID No. 206075

Label Matrix for local noticing

Case 19-10272-TPA

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

Apex Asset
2501 Oregon Pike
Lancaster, PA 17601-4890

Commercial Acceptance
2300 Gettysburg Rd
Camp Hill, PA 17011-7303

Commonwealth Financial
245 Main Street
Scranton, PA 18519-1641

Contract Callers Inc
501 Greene St Ste 302
Augusta, GA 30901-4415

David Rosenquest
1702 Water Street
New Bern, NC 28562

Diversified Consultant
P O Box 551268
Jacksonville, FL 32255-1268

EC & EE Employees Federal Credit Union
now Erie Federal Credit Union
3503 Peach Street
Erie, PA 16508-2741

Erie City Treasurer
Erie City Hall
626 State Street
Erie, PA 16501-1146

Erie County Tax Claim Bureau
Erie County Courthouse
140 West 6th Street
Room 110
Erie, PA 16501-1029

(p)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111-1036

Phoenix Financial Serv
8902 Otis Ave
Indianapolis, IN 46216-1077

Portfolio Recov Assoc
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4952

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Verizon
500 Technology Drive
Suite 30
Saint Charles, MO 63304-2225

Stefanie A. Rosenquest
524 Penn Street
Johnsonburg, PA 15845-1246