## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | BANKRUPTCY NO. 19-10272TPA |
| | : | |
| STEFANIE A. ROSENQUEST, | : | THE HON. THOMAS P. AGRESTI |
|     Debtor | : | |
| | : | CHAPTER 13 |
| ERIE FEDERAL CREDIT UNION, | : | |
|     Movant | : | DATE AND TIME OF HEARING: |
| | : | Wednesday, May 27, 2020 at 9:30 a.m. |
|     v. | : | |
| | : | RESPONSES DUE: |
| STEFANIE A. ROSENQUEST; and | : | May 18, 2020 |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Respondents | : | |

## **CONSENT ORDER**

AND NOW, to-wit this _____ of May, 2020, upon consent of the Movant, Erie Federal Credit Union (hereinafter "Movant"), by and through its attorneys, Quinn Buseck Leemhuis Toohey & Kroto, Inc., and the Debtor, Stefanie A. Rosenquest (hereinafter "Debtor") by and through her attorneys, Shapira, Hutzelman & Smith, and upon consideration that the Debtor obtained homeowner's insurance after the filing of the Motion, it is ORDERED, ADJUDGED, DECREED as follows:

1. The Debtor shall continue to maintain homeowner's insurance during the pendency of the Chapter 13 Bankruptcy.

2. The Debtor agrees to file an Application for Leave to Employ Realtor within thirty (30) days of the date of this Order.

3. The hearing which had been scheduled for Wednesday, May 27, 2020 at 10:00 a.m. is referred to the continued conciliation conference scheduled for Tuesday, June 9, 2020 at 3:30 p.m. for resolution of the remaining issues.

4. The Debtor is not required to file a response to the Motion for Relief from Stay in light of the fact that the Debtor has now obtained homeowner's insurance.

5. In the event that the remaining outstanding issues are not resolved at the conciliation conference, then, in that event, either the Movant or the Debtor can request a contested plan hearing.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

#1354815

**CONSENTED TO:**

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.


By:     */s/Michael S. JanJanin*
      Michael S. Jan Janin, Esq.
      Pa. I.D. No. 38880
      2222 West Grandview Boulevard
      Erie, PA 16506-4508
      Phone: (814) 833-2222, Ext. 1045
      Phone: (814) 314-1051 (Direct)
      Fax: (814)833-6753
      Email: mjanjanin@quinnfirm.com
      Attorney for Movant, Erie Federal Credit Union


SHAPIRA, HUTZELMAN, & SMITH


By:     */s/Michael W. Harmon*
      Michael W. Harmon, Esquire
      305 West 6th Street
      Erie, PA 16507
      Phone: (814) 452-6800
      Fax: (814) 456-2227
      Email: mharmon@shapiralaw.com
      Attorney for Debtor

#1354815