FILED
5/18/20 12:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | BANKRUPTCY NO. 19-10272TPA |
| | : | |
| STEFANIE A. ROSENQUEST, | : | THE HON. THOMAS P. AGRESTI |
| Debtor | : | |
| | : | CHAPTER 13 |
| ERIE FEDERAL CREDIT UNION, | : | |
| Movant | : | DATE AND TIME OF HEARING: |
| | : | Wednesday, May 27, 2020 at 9:30 a.m. |
| v. | : | |
| | : | RESPONSES DUE: |
| STEFANIE A. ROSENQUEST; and | : | May 18, 2020 |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE | : | Rel to 50 and 55 |
| Respondents | : | |

## CONSENT ORDER

AND NOW, to-wit this __18th__ of May, 2020, upon consent of the Movant, Erie Federal Credit Union (hereinafter "Movant"), by and through its attorneys, Quinn Buseck Leemhuis Toohey & Kroto, Inc., and the Debtor, Stefanie A. Rosenquest (hereinafter "Debtor") by and through her attorneys, Shapira, Hutzelman & Smith, and upon consideration that the Debtor obtained homeowner's insurance after the filing of the Motion, it is ORDERED, ADJUDGED, DECREED as follows:

1. The Debtor shall continue to maintain homeowner's insurance during the pendency of the Chapter 13 Bankruptcy.

2. The Debtor agrees to file an Application for Leave to Employ Realtor within thirty (30) days of the date of this Order.

3. The hearing which had been scheduled for Wednesday, May 27, 2020 at 10:00 a.m. is referred to the continued conciliation conference scheduled for Tuesday, June 9, 2020 at 3:30 p.m. for resolution of the remaining issues.    **

4.  The Debtor is not required to file a response to the Motion for Relief from Stay in light of the fact that the Debtor has now obtained homeowner's insurance.

5.  In the event that the remaining outstanding issues are not resolved at the conciliation conference, then, in that event, either the Movant or the Debtor can request a contested plan hearing.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

\*\*  The conciliation conference and/or Section 341(a) meeting of creditors previously scheduled will be held virtually by video conferencing (or telephone) through ZOOM. For information on how to participate go to www.ch13pitt.com. Questions should be addressed to meetings@chapter13trusteewdpa.com or 412-471-5566. Allow 72 hours for answers

#1354815

**CONSENTED TO:**

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.

By:  */s/Michael S. JanJanin*
      Michael S. Jan Janin, Esq.
      Pa. I.D. No. 38880
      2222 West Grandview Boulevard
      Erie, PA 16506-4508
      Phone:  (814) 833-2222, Ext. 1045
      Phone:  (814) 314-1051 (Direct)
      Fax:  (814)833-6753
      Email:  mjanjanin@quinnfirm.com
      Attorney for Movant, Erie Federal Credit Union


SHAPIRA, HUTZELMAN, & SMITH

By:  */s/Michael W. Harmon*
      Michael W. Harmon, Esquire
      305 West 6th Street
      Erie, PA 16507
      Phone:  (814) 452-6800
      Fax:  (814) 456-2227
      Email: mharmon@shapiralaw.com
      Attorney for Debtor

#1354815

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-10272-TPA
Stefanie A. Rosenquest                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: dkam                Page 1 of 1              Date Rcvd: May 18, 2020
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db             +Stefanie A. Rosenquest,    524 Penn Street,    Johnsonburg, PA 15845-1246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com
          Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           trayer@quinnfirm.com;gbebko@quinnfirm.com
          Michael William Harmon    on behalf of Debtor Stefanie A. Rosenquest mharmon@shapiralaw.com,
           ann@shapiralaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5