# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
6/23/20 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

Debtor: Stefanie A. Rosenquest

Case Number: 19-10272-TPA    (Chapter 13)
Date / Time / Room: 06/09/2020 03:30 pm / Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**   #45 Continued Amended Plan dated 1/21/2020

#50 MRFS filed by Erie FCU

### Appearances:

Debtor: Harman
Trustee: Winnecour / Katz / **DeSimone**
Creditor: Jan Janin : Erie FCU

### Proceedings:

Recommended Outcome:

1. _ Case Converted to Chapter 7
2. _ Case Converted to Chapter 11
3. _ Case Dismissed without Prejudice
4. _ Case Dismissed with Prejudice
5. _ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _ The plan payment/term is increased/extended to _____, effective
7. ✓ Plan/Motion continued to __6-24-20__ at ~~12:00~~ 11:30 AM.
8. _ An Amended Plan is to be served on all creditors and certificate of service filed by
   Objections are due on or before _____.
   A hearing on the Amended is set for _____ at _____.
9. ✓ Other: contested for lack of payments

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: