### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    STEFANIE A. ROSENQUEST, | : | CASE NO. 19-10272 |
|       Debtor | : | |
| -------------------------------------- | : | CHAPTER 13 |
| STEFANIE ARLENE YOUNG, now | : | |
| STEFANIE A. ROSENQUEST, | : | |
|       Movant | : | |
|    vs. | : | |
| | : | |
| NO RESPONDENT | : | |

### CERTIFICATE OF NO OBJECTION REGARDING
### MOTION TO EMPLOY REALTOR

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection, or other responsive pleading to the MOTION, filed on JUNE 2, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection, or other responsive pleading to the MOTION appears thereon. Pursuant to the Notice of Hearing, Objections to the MOTION were to be filed and served no later than JUNE 19, 2020.

It is hereby respectfully requested that the Order attached to the MOTION, be entered by the Court.

        \s\    Michael W. Harmon, Esquire
            305 West Sixth Street
            Erie, PA 16507
            Phone: (814) 452-6800
            Fax: (814) 456-2227
            PA ID 206075
            E-Mail: michael@hh-legal.com

Date: June 24, 2020