**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/26/20 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10272-TPA |
| | : | | |
| Stefanie A. Rosenquest | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/24/2020 |
| | : | Time: | 11:30 |

**PROCEEDING MEMO**

***MATTER:*** #45 Contested Plan Dated January 21, 2020 (NFC)

***APPEARANCES:***

| | |
|---|---|
| Debtor: | Michael William Harmon |
| Trustee: | Owen Katz |
| Erie FCU: | Michael Jan Janin |

***NOTES:***

Katz: Feasibility issue. Lack of full plan payments $5900 are arrears.

Harmon: Client separated from work in February. Propose sale of property. Renters are in property but no rent has been paid since November. There is equity in the property. $4,000-$5,000. (12:15) Debtor is searching for work.

JanJanin: Past due real estate tax payments.

***OUTCOME:*** Continued to August 19, 2020 at 11:00am
Realtor and Debtor to appear
#50 continued to above hearing
$200 plan payment to go to Erie FCU

ljm