**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/26/20 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10272-TPA |
| Stefanie A. Rosenquest | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 6/24/2020 |
| | : | Time: | 11:30 |

**PROCEEDING MEMO**

*MATTER:*   #50 MFRS (Erie FCU)

*APPEARANCES:*

    Debtor:    Michael William Harmon
    Trustee:    Owen Katz
    Erie FCU:    Michael Jan Janin

*NOTES:*

See Proceeding Memo of hearing held this date regarding Doc. No. 45

*OUTCOME:*   Upon consent of counsel, continued to: August 19, 2020 at 11am

ljm