FILED
6/26/20 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
STEPHANIE A. ROSENQUEST             :       Case No. 19-10272 -TPA
      *Debtor*                              :       Chapter 13
                                    :
STEPHANIE A. ROSENQUEST             :
      *Movant*                             :
                                    :
v.                                  :       Related to Document No. 58
                                    :
NO RESPONDENT                       :

### ORDER APPROVING RETENTION OF REALTOR/BROKER

*AND NOW*, this **26th** day of **June, 2020,** upon consideration of the **Motion to Employ Broker**, it is **ORDERED, ADJUDGED and DECREED** as follows:

(1) *Carol Dabrowski, Howard Hanna Real Estate, 4905 Buffalo Road, Erie, PA 16510* is hereby appointed, as of the date of filing the *Motion*, as **Realtor** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Motion* for the purpose of acting as the Movant's agent in connection with the sale of real estate located at *730 East 11th Street, Erie, PA, Erie County Tax Index No.15020035023400*. A realtor commission in the amount of *7%* on the sale price is tentatively approved, subject to final Court order. **Movant shall serve the within Order on all interested parties and file a certificate of service.**

(2) Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases. Tentative approval of the commission set forth above is premised on the understanding that the property will be sold at or near the list price as set forth in the *Motion*. Any deviation from the list price will be considered as a factor by the Court in setting final compensation in this matter.

(3) Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

(4) Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Realtor, this *Order* does not authorize the Realtor to retain or pay any outside counsel or other professional to assist the Realtor in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

                                                Thomas P. Agresti, Judge    jlm
                                                United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:    Case No. 19-10272-TPA
Stefanie A. Rosenquest    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: dpas    Page 1 of 1    Date Rcvd: Jun 26, 2020
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
db          +Stefanie A. Rosenquest,    524 Penn Street,    Johnsonburg, PA 15845-1246
r           +Carol Dabrowski,    Howard Hanna Real Estate,    4905 Buffalo Road,    Erie, PA 16510-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   Global Lending Services, LLC bkgroup@kmllawgroup.com
          Michael S. Jan Janin    on behalf of Creditor   Erie Federal Credit Union mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
          Michael William Harmon    on behalf of Debtor Stefanie A. Rosenquest michael@hh-legal.com,
           ann@hh-legal.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                             TOTAL: 5