IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   STEFANIE A. ROSENQUEST,<br>      Debtor<br>--------------------------------------<br>STEFANIE ARLENE YOUNG, now<br>STEFANIE A. ROSENQUEST,<br>      Movant<br>   vs.<br><br>MICHAEL DALTON, DIANNE CRAIL,<br>ANTHONY DALTON, LACEY DALTON<br>and NICOLE DALTON,<br>      Respondents | CASE NO. 19-10272<br><br>CHAPTER 13 |

## NOTICE AND ORDER SETTING HEARING ON EXPEDITED BASIS

AND NOW, this ___ day of JULY, 2020, NOTICE IS HEREBY GIVEN THAT a REQUEST FOR AN EXPEDITED HEARING ON MOTION TO COMPEL ACCESS TO REAL PROPERTY has been filed in the above referenced case, by counsel for the Movant.

On, JULY 22, 2020, at 12:00 p.m. a hearing has been scheduled before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781.

On or before _____, Responses to the Motion shall be filed with the Cerk of the Bankruptcy Court and served on the parties in interest.

Movant shall serve a copy of this Completed Scheduling Order and the Motion to US Mail <u>and</u> (1) hand delivery or (2) facsimile <u>or</u> (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, US Trsutee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court