FILED
7/13/20 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| STEFANIE A. ROSENQUEST, : | CASE NO. 19-10272 |
| Debtor : | |
| ------------------------------------- : | CHAPTER 13 |
| STEFANIE ARLENE YOUNG, now : | |
| STEFANIE A. ROSENQUEST, : | Rel to Doc 72 |
| Movant : | |
| vs. : | |
| : | |
| MICHAEL DALTON, DIANNE CRAIL, : | |
| ANTHONY DALTON, LACEY DALTON : | |
| and NICOLE DALTON, : | |
| Respondents : | |

## NOTICE AND ORDER SETTING HEARING ON EXPEDITED BASIS

AND NOW, this 13th day of JULY, 2020, NOTICE IS HEREBY GIVEN THAT a REQUEST FOR AN EXPEDITED HEARING ON MOTION TO COMPEL ACCESS TO REAL PROPERTY has been filed in the above referenced case, by counsel for the Movant.

On, JULY 22, 2020, at 12:00 p.m. a hearing has been scheduled before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781.

On or before July 20, 2020, Responses to the Motion shall be filed with the Cerk of the Bankruptcy Court and served on the parties in interest.

*Movant shall immediately serve* a copy of this Order (and the related filing) by first class, prepaid U.S. Mail, to the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and Counsel for any Committee, and to the extent possible, *also serve the foregoing by the following means*: (1) direct email (separate from CM/ECF); (2) hand delivery; and, (3) fax. In the absence of a Committee, the Movant shall serve the 20 largest unsecured creditors. *Movant shall immediately file a certificate of service* indicating such service.

Dated: 07/13/2020

Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stefanie A. Rosenquest  
    Debtor  

Case No. 19-10272-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: dkam    Page 1 of 1    Date Rcvd: Jul 13, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.  
db          +Stefanie A. Rosenquest,    524 Penn Street,    Johnsonburg, PA 15845-1246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com  
         Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com  
         Michael William Harmon    on behalf of Debtor Stefanie A. Rosenquest michael@hh-legal.com, ann@hh-legal.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                          TOTAL: 5