IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    STEFANIE A. ROSENQUEST, | : | CASE NO. 19-10272 |
|       Debtor | : | |
| -------------------------------------- | : | CHAPTER 13 |
| STEFANIE ARLENE YOUNG, now | : | |
| STEFANIE A. ROSENQUEST, | : | Related to Doc. 72 |
|       Movant | : | |
|    vs. | : | |
| | : | |
| MICHAEL DALTON, DIANNE CRAIL, | : | |
| ANTHONY DALTON, LACEY DALTON, | : | |
| and NICOLE DALTON, | : | |

**CERTIFICATE OF SERVICE OF
MOTION TO COMPEL ACCESS TO REAL PROPERTY**

    I, MICHAEL W. HARMON, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on July 14, 2020

    The method of service made on the parties: AS STATED ON ATTACHED SHEET.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: July 22, 2020

                                            Respectfully submitted,

                                            By:/s/   Michael W. Harmon
                                                          Michael W. Harmon, Esquire
                                                          305 West Sixth Street
                                                          Erie, PA 16507
                                                          Phone: (814) 452-6800
                                                          Fax: (814) 456-2227
                                                          Email: mharmon@shapiralaw.com
                                                          PA ID: 206075

SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 16222
ustpregion03.pi.ecf@usdoj.gov


SERVICE BY FIRST CLASS MAIL, POSTAGE PRE PAID:

Michael Dalton
730 East 11th Street
Erie, PA 16503

Dianne Crail
730 East 11th Street
Erie, PA 16503

Anthony Dalton
730 East 11th Street
Erie, PA 16503

Lacey Dalton
730 East 11th Street
Erie, PA 16503

Nicole Dalton
730 East 11th Street
Erie, PA 16503