# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
|    STEFANIE A. ROSENQUEST, | CASE NO. 19-10272 |
|       Debtor | |
| ------------------------------------ | CHAPTER 13 |
| STEFANIE ARLENE YOUNG, now | |
| STEFANIE A. ROSENQUEST, | Related to Doc. 72 |
|       Movant | |
|    vs. | |
| | |
| MICHAEL DALTON, DIANNE CRAIL, | |
| ANTHONY DALTON, LACEY DALTON, | |
| and NICOLE DALTON, | |

## CERTIFICATE OF NO OBJECTION REGARDING
## MOTION TO COMPEL ACCESS TO REAL PROPERTY

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection, or other responsive pleading to the MOTION, filed on JULY 13, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection, or other responsive pleading to the MOTION appears thereon. Pursuant to the Notice of Hearing, Objections to the MOTION were to be filed and served no later than JULY 20, 2020.

It is hereby respectfully requested that the Order attached to the MOTION, be entered by the Court.

\s\    Michael W. Harmon, Esquire
305 West Sixth Street
Erie, PA 16507
Phone: (814) 452-6800
Fax: (814) 456-2227
PA ID 206075
E-Mail: michael@hh-legal.com

Date: July 22, 2020