FILED
7/23/20 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10272-TPA |
| | : | | |
| Stefanie A. Rosenquest | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/22/2020 |
| | : | Time: | 12:00 |

### PROCEEDING MEMO

**MATTER:**      # 72 Exp. Motion to Compel Access to Real Property

**APPEARANCES:**

    Debtor:     Michael William Harmon
    Trustee:    Ronda Winnecour
                  Michael Dalton

**NOTES:**

Harmon:   Realtor's name given Carol Dabrowski(sp?). Property is going to be listed for sale.

Dalton:   I never refused a realtor to come in. I'm working on purchasing the property.

**OUTCOME:**   Continued to 8/19/20 at Noon. TO to be issued. Movant to file request to withdraw the Motion if Respondents comply.

ljm