FILED
8/13/20 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Change of Name and Address of firm, Shapira, Hutzelman & Smith to Hutzelman and Harmon, in Various Open Cases, | :<br>:<br>:<br>:<br>: MISCELLANEOUS NO. 20-102<br><br>Rel to Doc No. 2 |

### OMNIBUS ORDER GRANTING LEAVE TO CHANGE NAME OF FIRM AND CHANGE ADDRESS FOR FIRM IN VARIOUS OPEN CASES

AND NOW, this 13th day of August, 2020, the Omnibus Motion to for Leave to Change Name of Firm and Change Address of Firm in Various Open Cases is HEREBY GRANTED. The Clerk is directed forthwith to change the name of the firm associated with Michael W. Harmon, in the open cases listed on Exhibit A, attached hereto, from Shapira, Hutzelman & Smith at 305 West 6th Street, Erie, PA 16507, to the new firm name of HUTZELMAN AND HARMON, with the new firm address of 333 STATE STREET, SUITE 203, ERIE, PENNSYLVANIA 16507.

_____
ljm                    J

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Change of Name and Address of : | |
| firm, Shapira, Hutzelman & Smith to : | MISCELLANEOUS NO. 20-102 |
| Hutzelman and Harmon, in Various : | |
| Open Cases, : | |

## EXHIBIT A

Active Chapter 13 Cases filed by Michael W. Harmon

| Case No. | Name | Date Filed |
|---|---|---|
| 17-10305 TPA | Marie Greenman | 03/29/2017 |
| 18-11025 TPA | Rebecca Powierza | 10/03/2018 |
| 19-10272 TPA | Stefanie Rosenquest | 11/18/2019 |
| 19-10600 TPA | Larry L. Faul | 06/12/2019 |