FILED
8/19/20 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10272-TPA |
| | : | | |
| Stefanie A. Rosenquest | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/19/2020 |
| | : | Time: | 11:00 |

### PROCEEDING MEMO

**_MATTER:_**     #45 Contested Plan dated 1/21/20 (NFC)

**_APPEARANCES:_**

Debtor:   Michael William Harmon + Debtor
Trustee:   Owen Katz
Erie FCU: Michael S. Jan Janin

**_NOTES:_**

Harmon:     We have access to the property, motion for sale was
filed.  Will satisfy the mortgage and some equity.
Financing is pre-approved.

Katz:     Payments have been sporadic.

JanJanin:     The property is located at 730 East 11th Street;
background of matters given (11:47).   Ask Debtor to
pay $425 per  month with affidavit of default.

**_OUTCOME:_**     #72:  Denied as moot. MOE
#50:  GRANTED, effective in 60 days. MOE
#45:   Trustee's oral Motion to dismiss case w/o
prejudice is GRANTED, effective in 60 days.

ljm