Case 19-10272-TPA Doc 58 Filed 08/19/20 Entered 08/19/20 15:49:10 Desc Main
Document Page 1 of 1
FILED
8/19/20 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | | 19-10272-TPA |
| | : | | | |
| Stefanie A. Rosenquest | : | Chapter: | | 13 |
| | : | | | |
| *Debtor(s)*. | : | | | |
| | : | Date: | | 8/19/2020 |
| | : | Time: | | 11:00 |

### PROCEEDING MEMO

**MATTER:**   #50 Cont. MFRS (Erie FCU)

**APPEARANCES:**

  Debtor: Michael William Harmon + Debtor
  Trustee: Owen Katz
  Erie FCU: Michael S. Jan Janin

**NOTES:**

  See Proceeding Memo of hearing held this date regarding Doc. No. 45

**OUTCOME:**   GRANTED effective in 60 days. MOE

*ljm*