FILED
8/19/20 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10272-TPA |
| Stefanie A. Rosenquest | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 8/19/2020 |
| | : | Time: | 11:00 |

**PROCEEDING MEMO**

**MATTER:**  #72 Cont. Expedited Motion to Compel Access to Real Property

**APPEARANCES:**
  Debtor: Michael William Harmon + Debtor
  Trustee: Owen Katz
    Michael Dalton

**NOTES:**
See Proeeding Memo on hearing held this date regarding Doc. No. 45.

**OUTCOME:**  DENIED as moot. MOE

ljm