FILED
8/19/20 3:41pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

STEFANIE A. ROSENQUEST,
    Debtor

---

STEFANIE ARLENE YOUNG, now
STEFANIE A. ROSENQUEST,
    Movant

vs.

MICHAEL DALTON, DIANNE CRAIL,
ANTHONY DALTON, LACEY DALTON
and NICOLE DALTON,
    Respondents

CASE NO. 19-10272

CHAPTER 13

Related to Document No. 72

ORDER

AND NOW, this 19th day of August, 2020, upon consideration of the foregoing, IT IS HEREBY ADJUDGED, ADJUDICATED AND DECREED, THAT ~~T the Tenants, Michael Dalton, Deanne Crail, Anthony Dalton, Lacey Dalton, and Nicole Dalton~~ occupying 730 East 11th Street, Erie, Pennsylvania, ~~are hereby directed to allow the real estate agent, Carol Dabrowski, of Howard Hanna Real Estate, access to the property located at 730 East 11th Street, Erie, Pennsylvania for the purposes of effectuating a sale of the same.~~

the Motion is DENIED as moot.

Thomas P. Agresti, Judge
United States Bankruptcy Court

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                               Case No. 19-10272-TPA
Stefanie A. Rosenquest                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: dkam                  Page 1 of 1                  Date Rcvd: Aug 20, 2020
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db             +Stefanie A. Rosenquest,    524 Penn Street,    Johnsonburg, PA 15845-1246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael William Harmon    on behalf of Debtor Stefanie A. Rosenquest michael@hh-legal.com,
               ann@hh-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5