FILED
8/20/20 11:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10272TPA |
| STEFANIE A. ROSENQUEST, Debtor | : | THE HON. THOMAS P. AGRESTI |
| ERIE FEDERAL CREDIT UNION, Movant | : | CHAPTER 13 |
| | : | RELATED TO DOCUMENT NO. 50 |
| v. | : | |
| STEFANIE A. ROSENQUEST; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE Respondents | : | |

## ORDER

*effective on October 19, 2020*

AND NOW, to-wit, this 19th day of August, 2020, upon consideration of the Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d) filed by the Movant, Erie Federal Credit Union, and following a hearing held in this matter, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED.

It is further ORDERED that the Movant is authorized to foreclose on the real estate located at 730 East 11th Street, Erie, Pennsylvania.

The Honorable Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 19-10272-TPA
Stefanie A. Rosenquest                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam              Page 1 of 1              Date Rcvd: Aug 20, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.
db         +Stefanie A. Rosenquest,   524 Penn Street,   Johnsonburg, PA 15845-1246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael William Harmon    on behalf of Debtor Stefanie A. Rosenquest michael@hh-legal.com,
               ann@hh-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5