FILED
8/24/20 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| STEFANIE A. ROSENQUEST, *Debtor* | : : : | Case No. 19-10272-TPA<br>Chapter 13 |
| ERIE FEDERAL CREDIT UNION *Movant* | : : : : | Related to Doc No. 45 |
| v. | : : | |
| STEFANIE A. ROSENQUEST and RONDA J. WINNECOUR, ESQ. CH 13 TRUSTEE *Respondents* | : : : : | |

**ORDER**

A hearing was held on August 19, 2020, on the Debtor's contested **Plan dated January 21, 2020**. Due to the lack of full Plan payments by the Debtor, funding of the plan is reliant on the sale of real property, and, based on the statements made at the time of the hearing,

*AND NOW,* this **24th** day of **August, 2020**, it is hereby **ORDERED**, **ADJUDGED and DECREED** that the Debtor shall timely make full plan payments **in the amount of $475 per month** to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence,* commencing with the September, 2020 payment. Approved wage attachment remittances shall be considered a "plan payment" for purposes of this Order. **Failure of the Debtor to make full Plan payments for September and October, 2020, will result in dismissal of the case, without prejudice, on October 19, 2020**, upon the filing of an Affidavit of

1

Default by Movant or the Trustee without further hearing or without entry of an additional order. Such Affidavit of Default shall contain a statement of the default as supported by the creditor's own records as well as the records of the Trustee.

_____
Thomas P. Agresti, Judge      ljm
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Michael Harmon, Esq.
    Michael JanJanin, Esq.
    Ronda Winnecour, Esq. Chapter 13 Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stefanie A. Rosenquest  
    Debtor

Case No. 19-10272-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: dkam      Page 1 of 1      Date Rcvd: Aug 24, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.  
db              +Stefanie A. Rosenquest,   524 Penn Street,   Johnsonburg, PA 15845-1246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:  
        James Warmbrodt   on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com  
        Michael S. Jan Janin   on behalf of Creditor    Erie Federal Credit Union mjanjanin@quinnfirm.com,  
        knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com  
        Michael William Harmon   on behalf of Debtor Stefanie A. Rosenquest michael@hh-legal.com,  
        ann@hh-legal.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                 TOTAL: 5