# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/15/20 1:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-10272-TPA |
| | : | |
| Stefanie A. Rosenquest | : | Chapter: 13 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date: 10/14/2020 |
| | : | Time: 12:30 |

## PROCEEDING MEMO

***MATTER***    # 45 Contested Plan Dated January 21, 2020

***APPEARANCES:***

Debtor: Michael William Harmon
Trustee: Ronda Winnecour
Erie Fed. CU:  Michael JanJanin

***NOTES:***

Winnecour:    The last payment in July of $200, payments are to be $475

JanJanin:    Relief from Stay is granted as of 10/19/20.

***OUTCOME:***    Trustee's oral motion to dismiss w/o prejudice is GRANTED, effective on October 28, 2020.

ljm