Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Stefanie A. Rosenquest**  *Debtor(s)* | Case No. 19−10272−TPA  Chapter: 13 |
| | Per October 14, 2020 hearing |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 28th of October, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10272-TPA |
| Stefanie A. Rosenquest | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: lmar  Page 1 of 2
Date Rcvd: Oct 28, 2020  Form ID: 309  Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stefanie A. Rosenquest, 524 Penn Street, Johnsonburg, PA 15845-1246 |
| r | + | Carol Dabrowski, Howard Hanna Real Estate, 4905 Buffalo Road, Erie, PA 16510-2303 |
| 15016743 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15016744 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 15016745 | + | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 15016747 | | David Rosenquest, 1702 Water Street, New Bern, NC 28562 |
| 15016749 | + | EC & EE Employees Federal Credit Union, now Erie Federal Credit Union, 3503 Peach Street, Erie, PA 16508-2741 |
| 15016750 | + | Erie City Treasurer, Erie City Hall, 626 State Street, Erie, PA 16501-1146 |
| 15016751 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West 6th Street, Room 110, Erie, PA 16501-1029 |
| 15035384 | + | Erie Federal Credit Union, 3503 Peach St., Erie, PA 16508-2741 |
| 15016754 | + | Michael S. JanJanin, Esquire, Quinn Law Firm, 2222 West Grandview Blvd., Erie, PA 16506-4508 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 29 2020 02:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15137877 | | EDI: GMACFS.COM | Oct 29 2020 02:23:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15016742 | + | EDI: GMACFS.COM | Oct 29 2020 02:23:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15016746 | + | Email/Text: compliance@contractcallers.com | Oct 29 2020 02:39:00 | Contract Callers Inc, 501 Greene St Ste 302, Augusta, GA 30901-4415 |
| 15016748 | + | EDI: DCI.COM | Oct 29 2020 02:23:00 | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 15016752 | | Email/Text: bankruptcy@glsllc.com | Oct 29 2020 02:37:00 | Global Lending Service, 1200 Brookfield Blvd Ste, Greenville, SC 29607 |
| 15040291 | | Email/Text: bankruptcy@glsllc.com | Oct 29 2020 02:37:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 15016753 | + | EDI: IIC9.COM | Oct 29 2020 02:23:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15016755 | + | Email/Text: Bankruptcies@nragroup.com | Oct 29 2020 02:39:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15016756 | | Email/Text: info@phoenixfinancialsvcs.com | Oct 29 2020 02:37:00 | Phoenix Financial Serv, 8902 Otis Ave, Indianapolis, IN 46216 |
| 15060647 | | EDI: PRA.COM | Oct 29 2020 02:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15016757 | + | EDI: PRA.COM | Oct 29 2020 02:23:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15016936 | + | EDI: RMSC.COM | | |

Case 19-10272-TPA    Doc 99    Filed 10/30/20    Entered 10/31/20 00:39:06    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-1 | User: lmar | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: 309 | Total Noticed: 25 |

|  |  | Oct 29 2020 02:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| 15016758 | + EDI: VERIZONCOMB.COM | Oct 29 2020 02:23:00 | Verizon, 500 Technology Drive, Suite 30, Saint Charles, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Erie Federal Credit Union |
| cr |  | Global Lending Services, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Global Lending Services  LLC bnicholas@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Creditor Erie Federal Credit Union mjanjanin@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com |
| Michael William Harmon | on behalf of Debtor Stefanie A. Rosenquest michael@hh-legal.com  ann@hh-legal.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5