**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>STEFANIE A. ROSENQUEST<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-10272 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/21/2019 and confirmed on 05/24/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,365.94 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,365.94 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 532.43 | |
|     Trustee Fee | 222.33 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 754.76 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITY OF ERIE - R/E TAXES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5234 | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5234 | | | | |
|   ALLY BANK(*) | 12,521.82 | 1,100.72 | 611.05 | 1,711.77 |
|     Acct: 2670 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 625.96 | 625.96 | 667.18 | 1,293.14 |
|     Acct: 3911 | | | | |
|   GLOBAL LENDING SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1776 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1590 | | | | |
| | | | | 3,004.91 |
| **Priority** | | | | |
|   MICHAEL W HARMON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEFANIE A. ROSENQUEST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-10272 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| SHAPIRA HUTZELMAN BERLIN ELY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL W HARMON ESQ | 4,000.00 | 532.43 | 0.00 | 0.00 |
| Acct: | | | | |
| ERIE FEDERAL CREDIT UNION(*) | 1,606.27 | 1,606.27 | 0.00 | 1,606.27 |
| Acct: 1590 | | | | |
| | | | | 1,606.27 |
| **Unsecured** | | | | |
| APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8759 | | | | |
| COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9RG1 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/N | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 69N1 | | | | |
| CONTRACT CALLERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5638 | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6762 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9001 | | | | |
| NATIONAL RECOVERY AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9714 | | | | |
| PHEONIX FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8291 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3691 | | | | |
| MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 348.74 | 0.00 | 0.00 | 0.00 |
| Acct: 3691 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID ROSENQUEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS    4,611.18

TOTAL CLAIMED
PRIORITY            1,606.27
SECURED            13,147.78
UNSECURED             348.74


Date: 12/11/2020                                            /s/ Ronda J. Winnecour
                                                            RONDA J WINNECOUR PA ID #30399
                                                            CHAPTER 13 TRUSTEE WD PA
                                                            600 GRANT STREET
                                                            SUITE 3250 US STEEL TWR
                                                            PITTSBURGH, PA  15219
                                                            (412) 471-5566
                                                            cmecf@chapter13trusteewdpa.com